JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JONATHAN McDOWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | CASE NO. 15-CV-00585-MWF (RAOx)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>Trial Date:　　None Set |

　　　Good cause appearing therefor

　　　**IT IS ORDERED** that the entire action is dismissed with prejudice, with the parties to bear their own costs and attorney fees.

Dated: November 18, 2016　　　_____
　　　　　　　　　　　　　　　　　Hon. Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　United States District Judge

1
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4834-5208-9909.1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE